**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

## INDEX OF EXHIBITS

Exhibit A        Recall Letter

Exhibit B        Advertisement for a 2007 Saturn Ion

Exhibit C        March 11, 2014 Letter to NHTSA

Exhibit D        Letter Dated February 24, 2014