**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PEGGY SUE JONES, individually and
behalf of all others similarly situated,

        Plaintiff,

              Case No. 4:14-cv-11197-MAG-DRG

v.

              Hon. Mark A. Goldsmith

GENERAL MOTORS LLC,

              Magistrate Judge David R. Grand

        Defendant.

_____/

THE MILLER LAW FIRM, P.C.
Attorneys for Plaintiff
By:  E. Powell Miller (P39487)
      Marc L. Newman (P51393)
      Casey A. Fry (P72332)
Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200

HONIGMAN MILLER SCHWARTZ
  and COHN LLP
Attorneys for Defendant
By:   Lawrence J. Murphy (P47129)
660 Woodward Ave., Suite 2290
Detroit, Michigan  48226
(313) 465-7488

Kessler Topaz Meltzer & Check, LLP
Attorneys for Plaintiff
By:  Joseph H. Meltzer
      Edward W. Ciolko
      Peter A. Muhic
      Mark K. Gyandoh
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

**STIPULATION AND ORDER FOR EXTENSION**
**OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

The parties, by their respective counsel of record, stipulate to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint to May 20, 2014.

THE MILLER LAW FIRM, P.C.
Attorneys for Plaintiff


By: /s/ Casey A. Fry
     Casey A. Fry (P72332)
Miller Building
950 West University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200

HONIGMAN MILLER SCHWARTZ
  and COHN LLP
Attorneys for Defendant


By: /s/ Lawrence J. Murphy
     Lawrence J. Murphy (P47129)
660 Woodward Ave., Suite 2290
Detroit, Michigan  48226
(313) 465-7488

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PEGGY SUE JONES, individually and
behalf of all others similarly situated,

        Plaintiff,

v.

GENERAL MOTORS LLC,

        Defendant.

_____/

Case No. 4:14-cv-11197-MAG-DRG

Hon. Mark A. Goldsmith

Magistrate Judge David R. Grand

**ORDER FOR EXTENSION OF TIME**
**TO ANSWER PLAINTIFF'S COMPLAINT**

    **IT IS ORDERED** that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be extended to May 20, 2014.

Dated: April 16, 2014
     Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2014.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager